**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Philip A. Brimmer**

Civil Action No.  14-cv-00304-PAB

BERGELECTRIC CORP., a California corporation,

    Plaintiff,

v.

CENTERRE GOVERNMENT CONTRACTING GROUP, L.L.C., a Colorado limited liability company, and
BERKLEY REGIONAL INSURANCE COMPANY, a Delaware corporation,

    Defendants.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by Honorable Philip A. Brimmer, United States District Judge, on February 18, 2014,

    IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.  Plaintiff shall bear its own costs.

    Dated at Denver, Colorado, this ___20th___ day of February 2014.

                                                     BY THE COURT:

                                                     JEFFREY P. COLWELL, CLERK

                                                     By: s/ Edward P. Butler
                                                   Edward P. Butler, Deputy Clerk